

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00119-CR

| | | |
|---|---|---|
| MOSES GONZALEZ, Appellant | § | On Appeal from Criminal District Court No. 1 |
| | § | of Tarrant County (1630377D) |
| V. | § | October 1, 2020 |
| | § | Per Curiam Memorandum Opinion |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM